Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.

**No. 53262.**—American Beverage Corp. et al. *v.* United States, protests 22863–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 53263.**—Philip Blum & Co., Inc., et al. *v.* United States, protests 87671–K/91079, etc. (Chicago).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155) the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 53264.**—Bellows & Co., Inc., et al. *v.* United States, protests 88430–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 53265.**—Austin, Nichols & Co., Inc. *v.* United States, protests 106634–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

**No. 53266.**—Austin, Nichols & Co., Inc., et al. *v.* United States, protests 114771- K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.   The protests were overruled in all other respects.

**No. 53267.**—Century Liquor Co. et al. *v.* United States, protests 135770–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 15, 1949

**No. 53268.**—B. R. Anderson & Co. *v.* United States, protests 27752–K, etc. (Seattle).

Opinion by CLINE, J.   It was stipulated that the merchandise in question is same in all material respects as that passed upon in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372).   In accordance therewith, bak hop and lotus nuts (hoi pak lin) were held entitled to free entry under paragraph 1669 as crude drugs and yuk chuk pein was held dutiable at 10 percent under paragraph 34 as drugs, advanced.

**No. 53269.**—Mutual Supply Co. *v.* United States, protest 138217–K (San Francisco).

Opinion by CLINE, J.   In accordance with stipulation that the merchandise is the same as that the subject of *United States* v. *Nippon Co.* (32 C. C. P- A. 164, C. A. D. 303), the claim of the plaintiff was sustained.

**No. 53270.**—Carson, Pirie, Scott & Co. et al. *v.* United States, protests 40729–K/89572, etc. (Chicago).

Opinion by EKWALL, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.   The protests were sustained to this extent.

**No. 53271.**—American Express Co. *v.* United States, protest 52247–K/90146 (Chicago).